Nathaniel Webster, Plaintiff in Error, vs. The First National Bank of Florida, a corporation under the laws of the United States, Defendant in Error. Case No. 1.

Writ of error to Circuit Court, Duval county; C. M. Cooper, Referee.

A. W. Cockrell & Son, for Plaintiff in Error.

W. B. Young, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error and E. Rigney, as late co-partners under the firm name of E. Rigney & Co. There was judgment for the plaintiff, and the defendants take writ of error. Subsequently there was a severance as to the defendant Rigney, and the cause proceeded in the name of Nathaniel Webster. The judgment is affirmed.

Decision *Per Curiam*.